UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE NEWHOUSE,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | CASE NUMBER: 1:20-cv-01678-GSA<br><br>**ORDER OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND DIRECTING CLERK TO ENTER JUDGMENT** |

Pursuant to the parties' stipulation (Doc. 17), it is **ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

The Clerk of the Court is **DIRECTED** to enter a final judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:   **July 26, 2021**          /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE

1